December 01, 2006

Mr. William D. Noel
8200 Wednesbury Lane, Suite 420
Houston, TX 77074-2925
Mr. Frederick D. Junkin
Andrews & Kurth, L.L.P.
600 Travis, Suite 4200
Houston, TX 77002

RE: Case Number: 04-0011
 Court of Appeals Number: 01-02-00548-CV
 Trial Court Number: 24, 302 G

Style: DONNIE BULANEK, JACKO GARRETT, AND NANCY GARRETT
 v.
 WESTTEX 66 PIPELINE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie |
| |Thompson |
| |Ms. Joyce Hudman |